MOONY *vs.* ROME RAILROAD.

COMPLAINT FOR LAND, FROM FLOYD. Railroads. Eminent Domain. Title. (Before Judge Estes).

Blandford, J.—Although the charter of a railroad company authorized it to acquire such strips of land between its terminal points as it

might deem necessary, the width of the right of way not being stated, yet when the road was located along and near the land now in dispute, and for thirty years the company did not take or use it, but it remained in the possession of others who claimed title to it, this was conclusive that it was not deemed necessary by the company for the successful operation of the road, and was not therefore a part of its right of way under its charter, no conveyance to the company or condemnation of the land appearing; and a verdict finding in favor of the company for the land under such facts was without sufficient evidence to support it.

Judgment affirmed.

Reece & Denny; W. D. Elam; Dabney & Fouche, for plaintiff in error.

C. N. Featherston; Junius F. Hillyer, for defendant.